IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| RASHAWN FARMER-SHAW,<br><br>          Plaintiff<br><br>   vs.<br><br>FORMER SEC. JOHN WETZEL, IN HIS INDIVIDUAL CAPACITY; FORMER SUPT. CLARK, IN HIS INDIVIDUAL CAPACITY; SUPT. OLIVER, IN HIS INDIVIDUAL CAPACITY; AND HEALTHCARE ADM. NOSOK, IN HIS INDIVIDUAL CAPACITY;<br><br>          Defendants | CASE NUMBER: 1:22-CV-00336-RAL<br><br>RICHARD A. LANZILLO<br>UNITED STATES MAGISTRATE JUDGE<br><br>ORDER ON MOTION TO SUPPLEMENT THE RECORD<br><br>IN RE: ECF NO. 26 |

      Presently before the Court is Plaintiff Rashawn Farmer-Shaw's motion to supplement the record. Upon consideration, the motion is DENIED.

      Plaintiff seeks leave to "supplement the record" by incorporating a printed copy of a page from an unidentified website as an exhibit to his amended complaint. *See* ECF No. 26, ¶ 2. Plaintiff contends that this document "was retrieved off a website, and illustrates the defendants knew there existed a major health risk when the vaccine was administered to your plaintiff." *Id*.

      The usual procedure is for a plaintiff to include all exhibits with a complaint or amended complaint when it is filed. *See, e.g., Crain v. Neal*, 2023 WL 4483596, at *1 (N.D. Ind. June 22, 2023). Further, the Federal Rules of Civil Procedure require a plaintiff's complaint to contain only a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8. This Rule does not require plaintiffs to attach "as exhibits to the complaint all relevant

1

evidence." *Davis v. Kendall*, 2022 WL 17668747, at *2 (D. Md. Dec. 14, 2022). And to the extent the Plaintiff wishes to amend his Amended Complaint in some other way, he has not shown that justice requires such amendment. *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, Plaintiff's motion to file

DATED this 14th day of July, 2023.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE